## Commonwealth ex rel. Weaver, Appellant, *v.* Maroney.

Submitted November 8, 1965.

*Joseph Weaver,* appellant, in propria persona; *Arnold W. Hirsch,* First Assistant District Attorney, and *Harold V. Fergus,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Wright, Appellant, *v.* Cavell.

Submitted November 8, 1965. *Dan Wright,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

PER CURIAM: The six judges who participated in the consideration of this appeal being equally divided in opinion, the order of the court below is affirmed.

FLOOD, J., absent.